362

(No. 6395 )

Frank Hubbard Electric Company, Inc., Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed March 24, 1972.*

Frank Hubbard Electric Company, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6398 )

Ashland Petroleum Company, Division of Ashland Oil, Inc., Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed March 24, 1972.*

Ashland Petroleum Company, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.